AEE

**FILED**
**FEBRUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1009**

**JUDGE ASPEN**
**MAGISTRATE JUDGE DENLOW**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

Francisco Perez v. Chicago Police Officers R. Johnson, Star # 3471, M. Flores, Star # 7019, John Doe, John Poe, Jane Doe, and the City of Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Sandeep Basran | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Sandeep Basran | |
| FIRM | |
| West Town Law Office | |
| STREET ADDRESS | |
| 2502 W. Division | |
| CITY/STATE/ZIP | |
| Chicago, IL 60622 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6289018 | 773-278-6706 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐