UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Francisco Perez
                Plaintiff,

v.
                                                   Case No.: 1:08−cv−01009
                                                   Honorable Marvin E. Aspen

R Johnson, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

    MINUTE entry before Judge Marvin E. Aspen dated 2/20/08:Status hearing set for 4/10/2008 at 10:30 AM., in Courtroom 2525. The plaintiff is to notify the defendants of status date.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.