# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | **Francisco Perez** | Case Number: | **08 C 1009** |
|---|---|---|---|
| | v. | | |
| | **City of Chicago, et al.** | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant, City of Chicago**

| | |
|---|---|
| NAME (Type or print) | |
| Jay M. Kertez | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jay M. Kertez | |
| FIRM    City of Chicago | |
| STREET ADDRESS    30 N. LaSalle St., Suite 1020 | |
| CITY/STATE/ZIP    Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    06190478 | TELEPHONE NUMBER    (312) 744-9212   jkertez@cityofchicago.org |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |