IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1009 |
| | ) | |
| v. | ) | Judge Aspen |
| | ) | |
| CHICAGO POLICE OFFICERS R. JOHNSON, STAR #3471, M. FLORES, STAR #7019, JOHN DOE, JOHN POE, JANE DOE and THE CITY OF CHICAGO, | ) ) ) ) | Magistrate Judge Denlow |
| | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**TO:** Melinda Power
Sandeep Basran
West Town Community Law Office
2502 W. Division
Chicago, IL 60622

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS JOHNSON AND FLORES' ANSWER TO PLAINTIFF'S COMPLAINT, DEFENSE AND JURY DEMAND**, a copy of which is attached hereto and herewith served upon you.

I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via ECF electronic filing to the person named above on this April 2, 2008.

                                                                                            Respectfully Submitted,

                                                                                            **/s/ Kathryn M. Doi**
                                                                                            KATHRYN M. DOI
                                                                                            Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, IL  60602
(312) 744-0742
Attorney No. 06274825