IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1009 |
| v. | ) | |
| | ) | Judge Aspen |
| CHICAGO POLICE OFFICERS R. JOHNSON, | ) | |
| STAR# 3471, M. FLORES, STAR # 7019, | ) | Magistrate Judge Denlow |
| JOHN DOE, JOHN POE, JANE DOE and | ) | |
| THE CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION

TO:   Melinda L. Power
    Sandeep Singh Basran
    West Town Community Law Office
    2502 West Division Street
    Chicago, IL. 60622
    (773) 220-2710

**PLEASE TAKE NOTICE** that I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Agreed Motion for an Extension of Time to Answer**, a copy of which is hereby served upon you.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Marvin E. Aspen or before such other Judge or Magistrate Judge sitting in his stead, in courtroom 2568, located at 219 S. Dearborn Street, on the **24th day of April, 2008, at 10:30 a.m.**, or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois on this 21st day of April, 2008.

                    Respectfully submitted,
                    MARA S. GEORGES
                    Corporation Counsel of the
                    City of Chicago

Employment and Policy Litigation Division
30 North LaSalle Street, Suite 1020     By:   s/ *Robert C. Rutherford, Jr.*
Chicago, Illinois 60602                       ROBERT C. RUTHERFORD, Jr.
(312) 742-7036                                Assistant Corporation Counsel