**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Francisco Perez
                    Plaintiff,

v.                                              Case No.: 1:08−cv−01009
                                                Honorable Marvin E. Aspen

R Johnson, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

    MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/22/08:Defendant City of Chicago's agreed Motion for extension of time to file answer [13] to plaintiff's complaint, until 4/25/08, is granted. Motion terminated. The motion hearing set for 4/24/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.