UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO PEREZ, )<br> )<br> Plaintiff, )<br> v. )<br> )<br>CHICAGO POLICE OFFICERS R. JOHNSON, )<br>STAR# 3471, M. FLORES, STAR # 7019, )<br>JOHN DOE, JOHN POE, JANE DOE and )<br>THE CITY OF CHICAGO, )<br> Defendants. ) | No. 08 C 1009<br><br>Judge Aspen<br><br>Magistrate Judge Denlow |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To: Melinda L. Power
 Sandeep Singh Basran
 West Town Community Law Office
 2502 West Division Street
 Chicago, IL. 60622
 (773) 220-2710

 **PLEASE TAKE NOTICE** that on May 28, 2008, the City of Chicago, filed its **Motion to Withdraw Appearances of Jay M. Kertez and Robert C. Rutherford, Jr.** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is served upon you.

 **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Marvin E. Aspen or before such other Judge or Magistrate Judge sitting in his stead, in courtroom 2568, located at 219 S. Dearborn Street, on **Thursday, June 5, 2008 at 10:30 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

 I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 28th day of May, 2008.

 Respectfully submitted,
 MARA S. GEORGES
 Corporation Counsel of the
 City of Chicago

Employment Litigation
30 North LaSalle Street, Suite 1020 By: s/ *Robert C. Rutherford, Jr.*
Chicago, Illinois 60602 ROBERT C. RUTHERFORD, Jr.
(312) 742-7036 Assistant Corporation Counsel