IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1009 |
| v. | ) | |
| | ) | Judge Aspen |
| CHICAGO POLICE OFFICERS R. JOHNSON, | ) | |
| STAR# 3471, M. FLORES, STAR # 7019, | ) | Magistrate Judge Denlow |
| JOHN DOE, JOHN POE, JANE DOE and | ) | |
| THE CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION TO WITHDRAW
APPEARANCES OF JAY M. KERTEZ AND ROBERT C. RUTHERFORD, Jr.**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel for the City, respectfully requests that this Court permit it to withdraw the appearances of Jay M. Kertez and Robert C. Rutherford, Jr. as counsels of record for the City. In support of its motion, the City states:

1. Jay M. Kertez, Senior Counsel, and Robert C. Rutherford, Jr., Assistant Corporation Counsel, filed their appearances on behalf of the City in this matter on March 31, 2008.

2. As a result of internal reorganization within the City's Law Department, Mr. Kertez and Mr. Rutherford are no longer assigned to this case.

3. The City, therefore, seeks to withdraw the appearances of Mr. Kertez and Mr. Rutherford as attorneys of record for the City.

4. Meghan K. Kennedy and Bhairav Radia, Assistants Corporation Counsel, remain as attorneys of record for the City in this matter.

5. This motion is not intended to cause any delay in the proceedings nor cause prejudice to plaintiff.

**WHEREFORE**, for the above-stated reasons, the City respectfully requests that this Court grant its motion to withdraw Jay M. Kertez and Robert C. Rutherford, Jr. as counsels of record for the City.

        Respectfully submitted,

        Mara S. Georges
        Corporation Counsel

By:   */s/ Robert C. Rutherford, Jr.*
        ROBERT C. RUTHERFORD, Jr.
        Assistant Corporation Counsel
        JAY M. KERTEZ
        Senior Counsel

Employment Litigation
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-7036