UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Francisco Perez
            Plaintiff,

v.                                          Case No.: 1:08−cv−01009
                                              Honorable Marvin E. Aspen

R Johnson, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 6/4/08:Defendant City of Chicago's Motion to withdraw appearances of Jay M. Kertez and Robert C. Rutherford, Jr. as counsel for the City of Chicago [21] is granted. Motion terminated. Attorney Jay Michael Kertez and Robert Charles Rutherford terminated. Megan K. Kennedy and Bhairav Radia remain as attorneys of record for the City in this matter. The motion hearing set for 6/5/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.