IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO POLICE OFFICERS MICHAEL FLORES (#7019), RICHARD JOHNSON (3471) and the CITY OF CHICAGO,<br><br>Defendants | )<br>)<br>)<br>)<br>)   08 C 1009<br>)<br>)   Judge Aspen<br>)<br>)<br>)<br>)<br>) |

FILED
AUG -5 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

_____
MELINDA POWER
Attorney for Plaintiff
West Town Community Law Office
2502 W. Division St.
Chicago, IL 60622
(312) 278-6706
Attorney No. 70344

DATE: 7/30/08

_____
KATHRYN DOI
Assistant Corporation Counsel
Attorney for Defendant Officers
30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-0742
Attorney No. 6274825

DATE: 8/4/08
08 C 1009

CITY OF CHICAGO
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: _____
MEGHAN KENNEDY (KMD)
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 744-9653
Attorney No. 6283230

DATE: 8/4/08