**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Francisco Perez
      Plaintiff,

v.              Case No.: 1:08−cv−01009
              Honorable Marvin E. Aspen

R Johnson, et al.
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen dated 8/15/08:Enter Agreed Order of Dismissal: All of the claims of Plaintiff, Francisco Perez, against Defendants, City of Chicago, Michael Flores and Richard Johnson, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the release and settlement agreement. The status hearing and for the filing of a joint pretrial order setfor 9/4/08 is stricken. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.