IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO PEREZ, | ) |
| Plaintiff, | ) |
| | ) 08 C 1009 |
| vs. | ) |
| CHICAGO POLICE OFFICERS MICHAEL FLORES (#7019), RICHARD JOHNSON (3471) and the CITY OF CHICAGO, | ) Judge Aspen |
| Defendants | ) |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Francisco Perez, by one of his attorneys, Melinda Power, and Defendants, Michael Flores and Richard Johnson, by one of their attorneys, Kathryn Doi, and the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised of the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Francisco Perez, against Defendants, City of Chicago, Michael Flores and Richard Johnson, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
Hon. Marvin E. Aspen
United States District Judge

DATED: 8/15/08